UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAMUEL MCDONOUGH,

          Plaintiff,

  v.

JOHN DOE, et al.,

          Defendants.

Case No. C14-12 RAJ-BAT

**ORDER OF DISMISSAL**

The Court, having reviewed Plaintiff's amended complaint, Defendants' motion for summary judgment, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, and the remaining record including the Plaintiff's objections to the Report and Recommendation (Dkt. #57), and Defendant's response, does hereby find and **ORDER**:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Defendants' motion for summary judgment (Dkt. 45) is **GRANTED.** This action is **DISMISSED without prejudice** as to Plaintiff's condition of confinement claims and is **DISMISSED with prejudice** as to all of Plaintiff's remaining claims.

    (3)    The Clerk is directed to send copies of this Order to Plaintiff and to Judge Tsuchida.

DATED this 5th day of August, 2015.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge